

# LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

MEMO ENDORSED

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

February 18, 2020

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/20

VIA ECF
The Honorable Ronnie Abrams, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Calcano v. Blue & Cream LLC, 1:19-cv-9614 (RA)

Dear Judge Abrams:

This firm represents the Defendant. With Plaintiff's consent, we respectfully request that February 21, 2020, 2:00 p.m., Initial Pre-Trial Conference be adjourned for two weeks. The parties make this request because we are in settlement talks and close to resolving this matter.

This is the first request to adjourn this conference and, if granted, would not affect any other dates or deadlines. We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:   Jeffrey Gottlieb (Via ECF)

---

Application granted. The initial conference scheduled for February 21, 2020 is hereby adjourned to April 3, 2020 at 10:30 a.m. The joint letter and proposed case management plan shall be filed no later than March 27, 2020. No later than March 20, 2020, the parties shall jointly file a letter updating the Court as to the status of their settlement discussions.

SO ORDERED.

Hon. Ronnie Abrams
2/19/2020